Dismissed and Opinion filed June 12, 2003









Dismissed and Opinion filed June 12, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00491-CR

____________

 

CARLTON
DEWAYNE EAST, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 178th District Court

Harris
County, Texas

Trial
Court Cause No. 924,349

 



 

M
E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offense of aggravated
robbery on April 3, 2003.  In accordance
with the terms of a plea bargain agreement with the State, the trial court
sentenced appellant on April 3, 2003, to 15 years= imprisonment in the Texas Department
of Criminal Justice, Institutional Division. 
Appellant filed a pro se notice of appeal.  Because appellant has no right to appeal, we
dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Opinion
filed June 12, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.2(b).